**FILED**

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0212

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 23-0212

In re the Parenting of:

    M.B., a minor child

UMBERTO FERRI,

    Petitioner/ Appellee,

and

ANNELIESE N. BROWN,

    Respondent/Appellant.

**ORDER**

THE COURT, having received and considered Appellee's Unopposed Motion for Extension of Time to File Response Brief, and good cause appearing: Appellee's Response is now due September 25, 2023.

DATED and electronically signed below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2023